No. 22-2948

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| LISA ALCORN, as Independent Administrator of the Estate of TYLER LUMAR, | ) Appeal from the United States ) District Court, Northern District of ) Illinois, Eastern Division ) |
| Plaintiff-Appellant, | ) No. 17-cv-05859 ) |
| v. | ) The Honorable, ) **Virginia M. Kendall**, |
| CITY OF CHICAGO, et al., | ) Judge Presiding. ) |
| Defendants-Appellees, | ) |

**DEFENDANT-APPELLEE'S MOTION FOR AN EXTENSION OF TIME**

Defendant-appellee CITY OF CHICAGO, by its attorney, the Corporation Counsel of the City of Chicago, hereby moves to extend the time in which to file its brief from March 10, 2023, to April 10, 2023. A declaration in support of this motion is attached.

    Respectfully submitted,

    Corporation Counsel
     of the City of Chicago

By:   s/ Ethan Merel
        **ETHAN MEREL**
        Assistant Corporation Counsel
        **SUZANNE M. LOOSE**
        Chief Assistant Corporation Counsel
        **MYRIAM ZRECZNY KASPER**
        Deputy Corporation Counsel
        2 N. LaSalle Street, Suite 580
        Chicago, IL 60602
        (312) 744-2497
        Ethan.Merel@cityofchicago.org

# DECLARATION

I, ETHAN MEREL, state that I am an Assistant Corporation Counsel in the City of Chicago Law Department's Appeals Division assigned to this case and have knowledge of the following:

1. The appellee's brief is currently due March 10, 2023. This is the City's first motion for an extension of time to file its brief.

2. While the drafting of appellees' brief is underway, we will be unable to complete it by the current due date. Since the appellant's brief was filed, counsel has been diligently conducting the necessary research and working with the trial counsel who handled the matter before the district court, but more time is required to finish drafting. I also have a pre-scheduled vacation planned for this week, and the City's offices are closed due to City holidays on February 13, February 20, and March 6, 2023. Additional time is also needed after drafting is complete for supervisory review.

3. I respectfully ask this court for an extension of time to April 10, 2023, to file appellee's brief in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 1, 2023.

s/ Ethan Merel
**ETHAN MEREL**, Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that service on all CM/ECF registered users will be accomplished by the CM/ECF system.

                                                   s/ Ethan Merel
                                                   **ETHAN MEREL**, Attorney