No. 22-2948

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| LISA ALCORN, as Independent Administrator of the Estate of TYLER LUMAR, | ) Appeal from the United States<br>) District Court, Northern District of<br>) Illinois, Eastern Division<br>) |
| Plaintiff-Appellant, | ) No. 17-cv-05859<br>) |
| v. | ) The Honorable,<br>) **Virginia M. Kendall**, |
| CITY OF CHICAGO, et al., | ) Judge Presiding.<br>) |
| Defendants-Appellees, | ) |

## DEFENDANTS-APPELLEES' MOTION FOR AN EXTENSION OF TIME

Defendant-appellee CITY OF CHICAGO, by its attorney, the Corporation Counsel of the City of Chicago, hereby moves to extend the time in which to file its brief from April 10, 2023, to May 10, 2023. A declaration in support of this motion is attached.

Respectfully submitted,

Corporation Counsel
 of the City of Chicago

By:   s/ Ethan Merel
**ETHAN MEREL**
Assistant Corporation Counsel
**SUZANNE M. LOOSE**
Chief Assistant Corporation Counsel
**MYRIAM ZRECZNY KASPER**
Deputy Corporation Counsel
2 N. LaSalle Street, Suite 580
Chicago, IL 60602
(312) 744-2497
Ethan.Merel@cityofchicago.org

# DECLARATION

I, ETHAN MEREL, state that I am an Assistant Corporation Counsel in the City of Chicago Law Department's Appeals Division assigned to this case and have knowledge of the following:

1. The appellee's brief is currently due April 10, 2023. This is the City's second motion for an extension of time to file its brief.

2. While the drafting of appellee's brief is complete, additional time is needed to complete the supervisory review process. I am informed that since I submitted the draft for supervisory review, several other briefs, in addition to the brief in this case, have required review by Appeals Division supervisors, including the appellee's brief in Van Buren v. City of Chicago, No. 22-0525 (Ill. App. Ct.), due April 11, 2023 on a final extension; the appellee's brief in Sommerfield v. Knasiak, No. 22-1100 (7th Cir.), due April 10, 2023 on a fourth extension; the appellee's brief in Washington v. City of Chicago, No. 22-2467 (7th Cir.), due April 19, 2023 on a third extension; and the appellee's brief in Jewellery Tower v. City of Chicago, No. 22-0443 (Ill. App. Ct.), which was due on March 31, 2023. In addition, one of the supervisors is out of the office this week of April 3, 2023, leaving just one supervisor to handle all matters arising in the Appeals Division, including administrative matters, during that time.

3. I respectfully ask this court for an extension of time to May 10, 2023, to file appellee's brief in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 3, 2023.

                                             s/ Ethan Merel
                                             **ETHAN MEREL**, Attorney

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that service on all CM/ECF registered users will be accomplished by the CM/ECF system.

              s/ Ethan Merel
              **ETHAN MEREL**, Attorney